■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN CORCORAN, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Nicolai, J.), rendered April 30, 1987.

Ordered that the judgment is affirmed (see, People v Kazepis, 101 AD2d 816). Thompson, J. P., Eiber, Sullivan and Harwood, JJ., concur.